**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **JOHN DOE** | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | NO. |
| **LOUIS WOLF,** **COVERT ACTION PUBLICATIONS, INC.** | ) ) ) ) | |
| Defendants. | ) ) | |

### ORDER

This comes before the Court on plaintiff's Motion To File Under A Fictitious Name And To Prevent Disclosure Of Plaintiff's Name To The Defendants Or Third Parties.

So much of the motion as requests that the complaint be filed with A fictitious names is granted. The Court will allow the complaint to be filed using the name John Doe The assigned judge may review this Order and set aside all or part thereof.

It is hereby

ORDERED that the motion to allow the complaint to be filed with a fictitious name for the plaintiff is granted pending further order of the court.

_____
United Stated District
Court Judge