AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

JOHN DOE

      Plaintiff(s)     )   **APPEARANCE**

      vs.     )   CASE NUMBER   1:06-CV-01645 (RJL)

LOUIS WOLF and COVERT ACTION PUBLICATIONS, INC.

      Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of   **Lynne Bernabei**   as counsel in this
(Attorney's Name)

case for:   Defendants Louis Wolf and Covert Action Publications, Inc.
(Name of party or parties)

October 13, 2006            _(signature)_
Date                           Signature

                              Lynne Bernabei
938936                               Print Name
BAR IDENTIFICATION

                              1775 T Street, N.W.
                              Address

                              Washington, D.C.     20009
                              City          State        Zip Code

                              (202) 745-1942
                              Phone Number