AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

JOHN DOE

       Plaintiff(s)       )   **APPEARANCE**

       vs.       )   CASE NUMBER   1:06-CV-01645 (RJL)

LOUIS WOLF and COVERT ACTION PUBLICATIONS, INC.
       Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of    Alan R. Kabat    as counsel in this
              (Attorney's Name)

case for:   Defendants Louis Wolf and Covert Action Publications, Inc.
              (Name of party or parties)

October 13, 2006
Date

*Alan R. Kabat* (signature)
Signature

Alan R. Kabat
Print Name

464258
BAR IDENTIFICATION

1775 T Street, N.W.
Address

Washington, D.C.     20009
City     State     Zip Code

(202) 745-1942
Phone Number