IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, </br></br> Plaintiff, </br></br> v. </br></br> LOUIS WOLF </br></br> and </br></br> COVERT ACTION PUBLICATIONS, INC., </br></br> Defendants. | Civil Action No. 1:06-CV-01645 </br> Judge Richard J. Leon |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE
OPPOSITION TO PLAINTIFF'S MOTION TO PROCEED IN PSEUDONYM
AND TO RESPOND TO PLAINTIFF'S COMPLAINT FOR DAMAGES**

Defendants Louis Wolf and Covert Action Publications, Inc., have retained undersigned counsel to represent them in this action. Pursuant to Rule 6(b), Fed. R. Civ. P., Defendants respectfully move for an extension of time to respond to Plaintiff's Motion to Proceed in Pseudonym and Plaintiff's Complaint for Damages.

1. The parties have not previously requested any extensions in this matter.

2. Defendants retained undersigned counsel on October 13, 2006, and require additional time to prepare a full response to Plaintiff's filings. Defendants hope to resolve these matters without the need for further litigation, but, due to counsel's prior commitments in several other cases, require additional time to properly respond. The granting of the requested relief will have no effect on any other previously scheduled deadlines, since Defendants intend to comply with the Case Management Order (Sept. 28, 2006) (Doc. No. 4), by conferring with plaintiff's counsel pursuant to Rule 26(f), Fed. R. Civ. P. and Local Civil Rule 16.3, within 30 days after

responding to plaintiff's complaint.  No other deadlines have been established for this case.

    3.    Defendants respectfully request a twenty (20) day extension of time, from October 19, 2006, to November 8, 2006, to file their opposition to Plaintiff's Motion to Proceed in Pseudonym, and to file their response to Plaintiff's Complaint for Damages.  As counsel for Defendants was unable to reach counsel for Plaintiff (*infra*), no timetable is proposed for the filing of the opposition and reply, although Defendants are amenable to an enlargement of time beyond that required under Local Civil Rule 7(b) and 7(d), if needed.

    4.    Pursuant to Local Civil Rule 7(m), counsel for Defendants attempted on three occasions to contact John Green, counsel for Plaintiff, to discuss Defendants' Motion for Extension of Time.  Counsel left detailed messages for Mr. Green on each occasion, but he has not responded to these calls.

Therefore, Defendants respectfully request that this Court enter the attached Order, and allow Defendants an extension of time, up to and including November 8, 2006, to file their responses to Plaintiff's Motion to Proceed in Pseudonym and Plaintiff's Complaint for Damages.

    Respectfully submitted,

    /s/ Lynne Bernabei

    _____
    Lynne Bernabei, Esquire    # 938936
    Alan R. Kabat, Esquire    # 464258
    The Bernabei Law Firm, PLLC
    1775 T Street, N.W.
    Washington, D.C.  20009-7124
    tel. (202) 745-1942
    fax (202) 745-2627

    Counsel for Defendants

Dated: October 13, 2006