IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN DOE,           )<br>                           )<br>    Plaintiff,  )<br>                           )<br>    v.              )<br>                           )<br>LOUIS WOLF, *et al.*, )<br>                           )<br>    Defendants. )  | Civil Action No. 1:06-CV-01645<br>Judge Richard J. Leon |

## ORDER

Upon consideration of Defendants' Motion for Extension of Time to file Defendants' Opposition to Plaintiff's Motion to Proceed in Pseudonym and Defendants' Response to Plaintiff's Complaint for Damages, any response, and the entire record of this case, it is by the Court this _____ day of _____, 2006,

**ORDERED** that Defendants' Motion for Extension of Time to file Defendants' Opposition to Plaintiff's Motion to Proceed in Pseudonym and Defendants' Response to Plaintiff's Complaint for Damages is **GRANTED**, and it is further

**ORDERED** that Defendants shall have until November 8, 2006, to file their Opposition to Plaintiff's Motion to Proceed in Pseudonym, and their response to Plaintiff's Complaint for Damages.

_____
Honorable Richard J. Leon
United States District Judge

Copies to:

John Green, Esquire
Gilman & Associates
600 Pennsylvania Avenue, S.E.
Suite 410
Washington, D.C. 20003

Lynne Bernabei, Esquire
Alan R. Kabat, Esquire
The Bernabei Law Firm, PLLC
1775 T Street, N.W.
Washington, D.C. 20009-7124