**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MR. Louis Wolf
4107 Ellicott Street NW
Washington DC 20016

received
10-2-06

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Louis Wolf
B. Date of Delivery: 9-29-06
C. Signature:
X _[signature]_
☐ Agent
☒ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Copy from service label)
7006 0100 0003 3530 5766

PS Form 3811, July 1999     Domestic Return Receipt     102595-00-M-0952

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

- Sender: Please print your name, address, and ZIP+4 in this box •

Ms. Nieves Estrugo
600 Pennsylvania Ave,
SE, #410
Washington, D.C. 20003

C014