# UNITED STATES DISTRICT COURT
## District of Columbia

JOHN ~~DOE~~

SUMMONS IN A CIVIL CASE

V.

LOUIS WOLF, *AND*
COVERT ACTION PUBLICATIONS, INC.

CASE NUMBER   1:06CV01645

JUDGE: Richard J. Leon

Louis Wolf, Registered Agent
4107 Ellicott Street, NW
Washington, DC 20016

DECK TYPE: Contract

DATE STAMP: 09/19/2006

TO: (Name and address of Defendant)
COVERT ACTION PUBLICATIONS, INC.
1500 Massachusetts Avenue, NW, Suite 732
Washington, DC 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John Green, #476592
GILMAN & ASSOCIATES
600 Pennsylvania Ave., SE, Suite 410
4Washington, D.C. 20003

an answer to the complaint which is served on you with this summons, within   20   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON         SEP 19 2006
CLERK                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE<br>September 29, 2006 via Certified Mail |
| NAME OF SERVER *(PRINT)*<br>Nieves Estrugo | TITLE<br>Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  The Complaint was served by Certified Mail with Domestic Return Receipt  (See Attached Domestic Return Receipt)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   10/17/06
              Date

*Signature of Server*: Nieves Estrugo

600 Pennsyvania Ave, SE, Suite 410
Washington, DC 20003
(202) 547-9080

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.