

Home | Help

Track & Confirm

# Track & Confirm

**Search Results**

Label/Receipt Number: **7006 0100 0003 3530 5766**
Detailed Results:

- **Delivered, September 29, 2006, 11:08 am, WASHINGTON, DC 20016**
- **Notice Left, September 28, 2006, 3:00 pm, WASHINGTON, DC 20016**
- **Arrival at Unit, September 28, 2006, 10:05 am, WASHINGTON, DC 20016**
- **Acceptance, September 27, 2006, 9:51 am, WASHINGTON, DC 20003**

< Back        Return to USPS.com Home >

**Notification Options**

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  Go >



POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy