| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly): Louis Wolf — B. Date of Delivery: 9-29-06<br>C. Signature X _[signature]_ ☐ Agent ☒ Addressee<br>D. Is delivery address different from item 1? ☐ Yes ☐ No |
| 1. Article Addressed to:<br><br>MR. Louis Wolf<br>4107 Ellicott Street NW<br>Washington DC 20016<br><br>received 10-2-06 | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Copy from se...) | 7006 0100 0003 3530 5766 |

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

UNITED STATES POSTAL SERVICE

First-Class Mail
Permit No. G-10

29 SEP 2006 PM

* Sender: Please print your name, address, and ZIP+4 in this box *

Ms. Nieves Estrugo
600 Pennsylvania Ave,
SE, #410
Washington, D.C. 20003

C014