| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)<br>Louis Wolf | B. Date of Delivery<br>9-29-06 |
| | C. Signature<br>X _[signature]_ | ☐ Agent<br>☒ Addressee |
| 1. Article Addressed to:<br><br>MR. Louis Wolf<br>4107 Ellicott Street NW<br>Washington DC 20016<br><br>received<br>10-2-06 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below: | |
| | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. | |
| | 4. Restricted Delivery? *(Extra Fee)* ☐ Yes | |
| 2. Article Number *(Copy from se...)*     7006 0100 0003 3530 5766 | | |
| PS Form 3811, July 1999 | Domestic Return Receipt | 102595-00-M-0952 |

UNITED STATES POSTAL SERVICE

First-Class Mail
Permit No. G-10

Case 1:06-cv-01454-RJL   Document 294   Filed 10/2/2006   Page 2 of 2

29 SEP 2006 PM

• Sender: Please print your name, address, and ZIP+4 in this box •

Ms. Nieves Estrugo
600 Pennsylvania Ave,
SE, #410
Washington, D.C. 20003

C014