# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>LOUIS WOLF, *et al.*, )<br>)<br>    Defendants. )<br>) | Civil Action No. 1:06-CV-01645<br>Judge Richard J. Leon |

## ORDER

Upon consideration of Plaintiff's Motion to Proceed in Pseudonym, Defendants' Opposition, any response, and the entire record of this case, it is by the Court this _____ day of _____, 2006,

**ORDERED** that Plaintiff's Motion to Proceed in Pseudonym be and hereby is **DENIED**, and it is further

**ORDERED** that Plaintiff shall file a corrected Complaint setting his true name with this Court within twenty (20) days of the entry of this Order.

 

_____
Honorable Richard J. Leon
United States District Judge

Copies to:

John Green, Esquire
Gilman & Associates
600 Pennsylvania Avenue, S.E.
Suite 410
Washington, D.C. 20003

Lynne Bernabei, Esquire
Alan R. Kabat, Esquire
The Bernabei Law Firm, PLLC
1775 T Street, N.W.
Washington, D.C. 20009-7124