IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LOUIS WOLF, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 1:06-CV-01645<br>Judge Richard J. Leon |

**ORDER**

Upon consideration of Defendants' Motion to Dismiss, any response thereto, and the entire record of this case, it is this ____ day of _____, 2006, hereby

**ORDERED** that Defendants' motion be, and hereby is, **GRANTED**, and it is

**FURTHER ORDERED** that Plaintiff's Complaint be, and hereby is, **DISMISSED WITH PREJUDICE.**

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Honorable Richard J. Leon
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Copies to:

John Green, Esquire
Gilman & Associates
600 Pennsylvania Avenue, S.E., Suite 410
Washington, D.C. 20003

Lynne Bernabei, Esquire
Alan R. Kabat, Esquire
The Bernabei Law Firm, PLLC
1775 T Street, N.W.
Washington, D.C. 20009-7124