ATTACHMENT A

ATTACHMENT A

# AFFIDAVIT OF JOHN DOE

I, John Doe, upon being duly sworn, hereby state and depose.

1. I make this Affidavit of matters within my own personal knowledge; I attest that my age is older than 18 years of age.

2. The first time I met with attorney Lynne Bernabei to seek legal advice was in 1992. The legal advice I sought concerned my visa problems.

3. Between 1992 and 2003 I either met with or spoke to attorney Lynne Bernabei numerous times to discuss the unpaid wages that Covert Action Publications owed me for work, services, and labor provided to the Covert Action Publications Corporation.

4. Between 1992 and 2003 I either met with or spoke to attorney Lynne Bernabei numerous times to discuss the monies Louis Wolf promised to pay me for work, services, and labor provided to him and Covert Action Publications.

5. Between 1992 and 2003 I either met with or spoke to attorney Lynne Bernabei numerous times to discuss the unfair treatment I was receiving from Louis Wolf and members of the Covert Action Publications staff.

6. I met with Attorney Lynne Bernabei in 1998 to seek legal advice about my legal and/or constitutional rights as a non-citizen.

7. My meetings with Attorney Lynne Bernabei included all of the issues germane to my complaint except for my claim for slander.

8.  In all of my meetings or conversations with Attorney Lynne Bernabei, Between 1992 and 2003, I asked her if our conversation was protected by the attorney-client privilege and she stated emphatically our conversations and meetings were protected by the attorney-client privilege.

## **VERIFICATION STATEMENT**

Pursuant to 28 U.S.C. § 1746(2), I, John Doe, do solemnly affirm and verify under penalty of perjury that the statements made in my Affidavit are true and correct to the best of my knowledge.

Date: October 24, 2006          *John Doe*
                      _____
                              John Doe