## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

_____

)
)
**JOHN DOE**                                                )
                                                            )
                    Plaintiff,          )
                                                            ) Civil Action No. 1:06-CV-01645
v.                                                          ) **Judge Richard J. Leon**
                                                            )
**LOUIS WOLF,**                                             )
**COVERT ACTION PUBLICATIONS, INC.**  )
                                                            )
                    Defendants.         )
_____)

## O R D E R

Upon consideration of plaintiff John Doe's Motion for Disqualification of the Defendant's Attorney and Law Firm and defendants opposition thereto, it is, this _____day of _____, 2006,

1.    ORDERED, that Plaintiff's Motion for Disqualification of the Defendant's Attorney and Law Firm is, GRANTED; it is further

2.    ORDERED, that Attorney Lynne Bernabei and her law firm provide to this Court and the Plaintiff, within _____ days of this Order a listing of the individuals, entities, attorneys, and Law Firms they have shared information obtained from the plaintiff that related to this litigation; it is further

3.    ORDERED, that effective immediately, Attorney Lynne Bernabei and her law firm not assist the defendants in any manner related to this litigation; it is further

4.    ORDERED, that Attorney Lynne Bernabei and her law firm pay the plaintiff _____ in legal fees; and

5.    This Court Holds that Attorney Lynne Bernabei and her law firm breached the attorney-client-privilege they had with the plaintiff and their actions have seriously interfere with the administration of justice; and

6.    The defendants have _____ days from this Order to file an Answer to the plaintiff's Complaint.


Dated_____

                         _____

                         Judge Richard J. Leon
                         U.S. District Court for the District
                         of Columbia

Copies to:

John M. Green
Attorney for Plaintiff

Lynne Bernabei
Alan R. Kabat

Attorneys for Defendants