**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

```
_____
                                         )
                                         )
JOHN DOE                                 )
                                         )
              Plaintiff,                 )
v.                                       ) Civil Action No. 1:06-CV-01645
                                         ) Judge Richard J. Leon
LOUIS WOLF,                              )
COVERT ACTION PUBLICATIONS, INC.         )
                                         )
              Defendants.                )
_____)
```

**O R D E R**

Upon consideration of plaintiff John Doe's Motion for Disqualification of the Defendant's Attorney and Law Firm and defendants opposition thereto, it is, this _____ day of _____, 2006,

1. ORDERED, that Plaintiff's Motion for Disqualification of the Defendant's Attorney and Law Firm is, GRANTED; it is further

2. ORDERED, that Attorney Lynne Bernabei and her law firm provide to this Court and the Plaintiff, within _____ days of this Order a listing of the individuals, entities, attorneys, and Law Firms they have shared information obtained from the plaintiff that related to this litigation; it is further

3. ORDERED, that effective immediately, Attorney Lynne Bernabei and her law firm not assist the defendants in any manner related to this litigation; it is further

4. ORDERED, that Attorney Lynne Bernabei and her law firm pay the plaintiff _____ in legal fees; and

5. This Court Holds that Attorney Lynne Bernabei and her law firm breached the attorney-client-privilege they had with the plaintiff and their actions have seriously interfere with the administration of justice; and

6. The defendants have _____ days from this Order to file an Answer to the plaintiff's Complaint.

Dated_____

_____
Judge Richard J. Leon
U.S. District Court for the District of Columbia

Copies to:

    John M. Green
    Attorney for Plaintiff

    Lynne Bernabei
    Alan R. Kabat

    Attorneys for Defendants