UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN DOE<br><br>            Plaintiff,<br>v.<br><br>LOUIS WOLF,<br>COVERT ACTION PUBLICATIONS, INC.<br><br>            Defendants. | ) <br>) <br>) <br>) <br>) <br>) Civil Action No. 1:06-CV-01645<br>) Judge Richard J. Leon<br>) <br>) <br>) <br>) <br>) |

### PLAINTIFF JOHN DOE'S MOTION TO SEAL THE COMPLAINT

Pursuant to Rule 5.1 (j) the plaintiff through his counsel move this Court for an order to submit the attached Complaint under seal. By moving to file the enclosed Complaint the plaintiff request that the Court not disclose the name of the Plaintiff to the defendants or defendants' counsel until the Court decides whether the defendants current attorneys will be disqualified. In addition, the plaintiff is requesting that the plaintiff's actual name is only reviewed to the plaintiffs' and defendant's counsel, employees and attorneys associated[1] with these counsels' law firms, and experts and consultants retained by plaintiffs' and defendant's counsel in connection with this cause of action.

Pursuant to Local Civil Rule 7.1(m), the plaintiff for the plaintiff attempted to contact the defendants' counsel but their

---

[1] Counsel for the parties shall limit the number of employees and attorneys having access to this complaint to those who have a reasonable need to know.

was closed. The plaintiff's counsel did leave a message for both counsel that he would be filing the complaint with the plaintiff actual name under seal.

Dated: November 24, 2006

Respectfully submitted,


*/s/ John M. Green*
John M. Green, (#476592)
GILMAN & ASSOCIATES
600 Pennsylvania Ave, SE, Suite 410
Washington, D.C. 20003
(202) 547-9080

Attorney for Plaintiff