**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **JOHN DOE**  )<br>  )<br>  Plaintiff,  )<br>v.  )<br>  )<br>**LOUIS WOLF,**  )<br>**COVERT ACTION PUBLICATIONS, INC.**  )<br>  )<br>  Defendants.  )<br>  ) | Civil Action No. 1:06-CV-01645<br>Judge Richard J. Leon |

**O R D E R**

Upon consideration of plaintiff John Doe's Motion to Seal the Complaint and defendants opposition thereto, it is, this _____day of _____, 2006,

1. ORDERED, that Plaintiff's Motion to Seal the Complaint, GRANTED.

Dated_____

_____
Judge Richard J. Leon
U.S. District Court for the District of Columbia

Copies to:

    John M. Green
    Attorney for Plaintiff

    Lynne Bernabei
    Alan R. Kabat

    Attorneys for Defendants