**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:06-CV-01645 |
| ) | Judge Richard J. Leon |
| LOUIS WOLF, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of Plaintiff's Motion to Seal Complaint, Defendants' Opposition, and the entire record of this case, it is this ____ day of _____, 2006, hereby

**ORDERED** that Plaintiff's motion be, and hereby is, **DENIED.**

      _____
      Honorable Richard J. Leon
      United States District Judge

Copies to:

John Green, Esquire
Gilman & Associates
600 Pennsylvania Avenue, S.E., Suite 410
Washington, D.C. 20003

Lynne Bernabei, Esquire
Alan R. Kabat, Esquire
The Bernabei Law Firm, PLLC
1775 T Street, N.W.
Washington, D.C. 20009-7124