ATTACHMENT A

ATTACHMENT A

# AFFIDAVIT OF JOHN DOE

I, John Doe, upon being duly sworn, hereby state and depose.

1. I make this Affidavit of matters within my own personal knowledge; I attest that my age is older than 18 years of age.

2. I was born in Iran.

3. I have been a human rights activist for more than thirty years inside and outside the US. I have done research, writing, translation, lecture on a variety of issues like religious rights, ethnic rights, women rights, refugee rights, exposing torture and assassination attempts, exposing terrorist activities.

3. I left Iran in 1977.

4. In the mid 80's my family members, informed me that my activism had drawn the attention of the Iranian government. My family asked me to not discuss political matters in my letters, because members of Iranian Government were opening and reading my letters.

5. My mother was detained and interrogated on numerous occasions.

6. Because of my activism the Islamic Republic of Iran in 1987 did not allow me to give my mother powers of attorney in the matter of my late father's inheritance which caused her to lose our family home.

7. In 1988, while attending a conference on the campus of Howard University about Iran's foreign policy, my comments against the Tehran's regime, brought immediate death calls against me from

a couple of the attendants. The situation got so serious that the conference chair feared for my safety and asked two students to escort me to my car. A few months after that incident, I discovered that one of the individuals who called for my death was a Sudanese national that had a cover as a journalist, who was in fact working as an agent of the Islamic Republic of Iran.

8. In April 1991, I was approached by an Iranian man, at a Washington DC book store that I used to visit regularly. This individual knew my real name. This individual also knew of my anti- Islamic Republic of Iran activities. He told me to stop acting against the Islamic Republic of Iran or "be ready to be killed by butcher's knife as had already happened to other activists in Europe, Asia and the US." A butcher's knife is the weapon of choice for Iranian assassins because it causes the greatest terror in the Iranian community. There is no doubt in my mind that this individual was an agent of the Islamic Republic of Iran, and that I was on a list to be assassinated. The bookstore incident had a very significant impact on how I live my life in exile.

9. Since 1980 more than one hundred Iranian activists have been assassinated abroad. I knew many of them and had helped their respected causes. The well documented assassination of (name to come) took place in Bethesda, MD. An Iranian journalist's DC based publishing firm - Iran Times - was set on fire. The investigators blamed the agents of the Islamic Republic for both incidents.

According to Washington Post a male US citizen, who accepted responsibility for the above acts of terrorism, was an agent of the Islamic Republic, and is now living in Iran.

10. Two leading assassins of the Tehran's regime, who have been named in the US and European newspapers are Manouchehr Taleh and Mr. Hossein Malaek. Mr. Manouchehr Taleh is the Islamic Republic's Chief of Assassinations for the Western Hemisphere and Mr. Hossein Malaek is the Islamic Republic's Chief of Operations for the Western Hemisphere. Both of these individuals are fluent in English and know me personally.

11. In 1988, my mother was contacted by an Islamic Republic government agent. The Islamic Republic government agent told my mother that Republic agents had successfully assassinated her son John Doe. To make the matters worse for my family, the agent even told the same story to my mother's neighbors.

12. In September 2003, a very high ranking intelligence operative of the Islamic Republic went to the homes of my brother and my mother, pressing them to reveal my current address and vocation. They did not have the information. The event was so traumatic to my mother that she had to seek medical help. The persecution of my mother continued until her death in 2005. My brother asked a family friend to alert me to the incident and its severe gravity.

13. To assure that the agents of the Islamic Republic do not discovery my whereabouts or identify I do not use credit cards,

bank accounts, or own a cell phone.

14. At great risk to my family and myself, I provided the US Immigration and Naturalization Services, with an Islamic Republic of Iran's document which showed that there was a leak at INS which provided the foreign ministry of the Islamic Republic of Iran the names of the Iranian born refugees and asylums residing in the US.

## **VERIFICATION STATEMENT**

Pursuant to 28 U.S.C. § 1746(2), I, John Doe, do solemnly affirm and verify under penalty of perjury that the statements made in my Affidavit are true and correct to the best of my knowledge.

*John Doe*
_____
John Doe