**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **JOHN DOE** ) | ) |
| Plaintiff, ) | ) |
| v. ) | Civil Action No. 1:06-CV-01645 |
| ) | Judge Richard J. Leon |
| **LOUIS WOLF,** ) | |
| **COVERT ACTION PUBLICATIONS, INC.** ) | |
| Defendants. ) | |

### PLAINTIFF JOHN DOE'S MOTION IN OPPOSITION TO DEFENDANTS MOTION TO DISMISS

COMES NOW the plaintiff, John Doe, by and through his undersigned counsel, who submits this Motion in Opposition to Defendants' Motion to Dismiss, and in support thereof represents as follows:

1. The plaintiff's pleadings satisfy the "notice pleading" rules set forth in Fed. R. Civ.P. 8 and case law in this Circuit.

2. The Statute of Frauds do not apply to any of the plaintiff's claims since he fully performed each contract.

3. The statute of limitations is not applicable since the plaintiff filed his complaint within three (3) years of the breach of contract by Louis Wolf and Covert Action Publication.

4. The defendants admissions provide a basis for proving the facts of the plaintiff's complaint and making a 12(b)(6) dismissal of the plaintiff's complaint inappropriate.

5. The plaintiff's claim for complete diversity jurisdiction is unchallenged by the defendants.

6. The documents included with the plaintiff's memo support the plaintiff's claim that this Court has subject matter jurisdiction.

7. The defendants' admissions confirmed that the debt owed John Doe from 1990 to 1998 is personal to defendant Louis Wolf and is outside the Statute of Frauds.

8. The defendants' admissions confirmed that John Doe was employed by both defendant Wolf and Covert Actions Publications.

For all the reasons set forth above the defendants motion to dismiss should be denied.

Dated: November 28, 2006

Respectfully submitted,

*/s/ John G.*

John M. Green, (#476592)
GILMAN & ASSOCIATES
600 Pennsylvania Ave, SE, Suite 410
Washington, D.C. 20003
(202) 547-9080

Attorney for Plaintiff