```
              SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
                            CIVIL DIVISION


- - - - - - - - - - - -x
HEATHER COTTIN,        :
        Plaintiff.     :   Docket Number: CA4952-05
                       :
       vs.             :
                       :
LOUIS WOLF,            :
        Defendant.     :
                       :   Monday, July 25, 2005
- - - - - - - - - - - -x   Washington, D.C.



          The above-entitled action came on for a
hearing before the Honorable RONALD WERTHEIM, Senior Judge,
in Courtroom Number JIC.


                    APPEARANCES:


          On behalf of the Plaintiff:

          MIKE SPRINGLING, Esquire
          Washington, D.C.

          On behalf of the Defendant:

          ARI WILKENFELD, Esquire
          Washington, D.C.
```

**Deposition Services, Inc.**
6245 Executive Boulevard
Rockville, MD 20852
Tel: (301) 881-3344  Fax: (301) 881-3338
info@DepositionServices.com  www.DepositionServices.com

KG

1  no idea what's happened to the checking accounts and we're
2  pretty much concerned.
3         THE COURT:  So, sue for whatever you think
4  you're owed.  Who's we by the way?  You say we're
5  concerned.  Myself and my client and the witnesses, the
6  former employees of the magazine who were fired just as a
7  group of people (indiscernible) Terry Allen were fired a
8  couple of years back for disagreeing with defendant Wolf.
9         THE COURT:  Mr. Wilkenfeld, anything you might
10 present?
11        MR. WILKENFELD:  Your Honor, the only thing I
12 might say to this is this plaintiff's belief I guess I
13 would put it that Mr. Wolf or any of the defendants would
14 erase, destroy, or in any way tamper with the magazine or
15 its archives which they've spent 27 years working on and
16 funding is without basis and there's simply no evidence
17 for it and we would request that this motion for temporary
18 restraining order be denied and if Your Honor sees fit we
19 would ask that this case be dismissed at this time so that
20 no further expenses are incurred by my clients in
21 defending against this clearly frivolous lawsuit.
22        THE COURT:  Mr. Springling, anything else?
23        MR. SPRINGLING:  Well, we would like
24 (indiscernible) Your Honor.  I hardly think this is a
25 frivolous suit.  I think this is a lawsuit that's trying

23

KG

1   to hold the defendant's to task or essentially playing
2   with the private treehouse and we're quite concerned about
3   this.  WE don't think that the statements that the
4   defendants have made have merit at all.  We think they
5   don't want to be held for account for their labor
6   policies, for their political policies, or for the fact
7   that they don't pay their taxes and we ask that the Court
8   examine this and give us the opportunity to be heard and
9   to demonstrate conclusively that wrongs have been done and
10  need to be right again, Your Honor.  This is a court of
11  equity and many people with clean hands coming here and as
12  far as I'm concerned the defendant's haven't had any.
13            THE COURT:  You have a lot of allegations.  You
14  haven't presented any evidence at all.  I don't even have
15  an affidavit and as I said there's no indication of any
16  irreparable harm going to happen in the next ten days so I
17  would deny the application for TRO.  I'm also going to
18  deny without prejudice your request that the complaint be
19  dismissed.  That can be considered by a Judge who will be
20  able to give a lot more time to the case.
21            MR. WILKENFELD:  Thank you, Your Honor.
22            THE COURT:  All right.  The application is
23  denied.
24            MR. SPRINGLING:  And, does that include the
25  receiver, Your Honor?

KG

1
2
3

√  Digitally signed by Kristi Grieve

## ELECTRONIC CERTIFICATE

I, Kristi Grieve, transcriber, do hereby certify that I have transcribed the proceedings had and the testimony adduced in the case of HEATHER COTTIN v. LOUIS WOLF, Case number CA4952-05 in said Court, on the 25th day of July 2005.

I further certify that the foregoing 25 pages constitute the official transcript of said proceedings as transcribed from audio recording to the best of my ability.

In witness whereof, I have hereto subscribed my name, this 9th day of August 2005.

*[signature: Kristi G. Grieve]*

Transcriber

26