**Memo # 4: Payment to Habib for his Editorial Work**
**This is a matter of Extreme Confidentiality**
**August 4, 2004**

To: Louis Wolf
From: Phil Wheaton
Re: A one time settlement for past monies earned, owed and promised

Dear Lou:

I have given a great deal of thought to this matter and my thoughts have the concurrence not only of Habib but of most past and present Board Members, including some past Editors who have known about this matter for years, including you and Dolores, and all of you have concurred that a great injustice is being done in this case and, even more telling, you have expressed your personal concern about the resolution of this matter on several occasions publicly. Thus the issue before us has nothing to do with the fact the debt is owed but with the failure to follow through on the many promises to pay it. If this effort fails and the debt is not paid, legal steps will be taken soon to force your compliance, in which case the amount of the payment would be much higher, that is, closer to the actual amount owed.

The monies owed to Habib cover two periods:
    a. The period 1990 to 1998 for which you, Lou, and/or the previous co-owners were responsible for and which therefore does not affect me or the present Boards.
    b. The issue of what Habib should be paid for his labor after 2001, which expanded into full-time work was discussed at the December 2001 Board meeting at which we agreed he should be paid as much as the Editor, at that time, Rich Ray, that is, beginning with January 2002 and to the present.

It was always my understanding that you, Lou, were going to pay this debt. Habib's lawyers say that the Board is ultimately responsible for it and must enforce this agreement or be held libel.

In every case in the past, whenever this matter was brought up, you or you and Dolores made assurances, promises, that you would pay these debts. However, these promises were always made in terms future payments or partial payments over time. **We are hereby ruling out of order any "future payments" and/or "partial payments over time."** The Board of Directors is hereby declaring that this debt shall be paid **"now and/or within a limited time period with a specified deadline."**

This situation is no longer tolerable: Habib is the one person keeping this Magazine going and yet he is being paid only a pittance. The amount owed him is very high. Therefore, I have discussed with him what might be called an "alternate partial payment" in order a) to make it immediately feasible for you to pay; and b) in order to resolve his serious financial situation as well as ending his hurt from your failed promises and his sense of betrayal..creating an atmosphere of ongoing tensions and recriminations inside the office. The actual amount will be discussed only in private and collectively (not in written form). However, the conditions of payment will be based upon

Board/Staff decisions, not on personal agreement between you and Habib. In other words, this debt and its repayment has now become the official business of the Board. We are therefore giving you no more than six months to fulfill the payment of the amount settled upon beginning with September 2004. The payment time(s) and sum(s) can be of your choosing, but the deadline is now firm: **the full amount must be paid no later than February 2005.**

Soon after an agreement is reached, a legal document will be drawn up and sent to Habib's lawyers, making it clear that this debt is owed by you and will be paid by you and that the members of the Board of Advisors and Board of Directors are not responsible for this debt.

Please note that this payment is for past debts. It does not include ongoing recompense for present and future editorial compensation, which is obviously open-ended matter depending on the length of Habib's service.

Thank you for your collaboration on this matter, details of which we can discuss tonight.


Sincerely yours,

Philip E. Wheaton
For the Board of Directors of CAP