## AFFIDAVIT OF JOHN DOE

I, John Doe, upon being duly sworn, hereby state and depose.

1. I make this Affidavit of matters within my own personal knowledge; I attest that my age is older than 18 years of age.

2. In September of 2001, in a board meeting in which Louis Wolf, Philip Wheaton, Richard Ray and I were present, I mentioned the contract between Mr. Wolf and I about my ten years of commitment to Mr. Wolf's work and Mr. Wolf's commitment to pay my salary for ten years. Mr. Wolf, like always, said that it is his intention to have a life time commitment to my employment because my work was "so valuable."

3. In the board meeting of December 2001, in which Louis Wolf, Philip Wheaton, Bill Montross, Richard Ray and I were present, the board approved parity of pay for both editors - - Richard Ray and me. In that meeting Ray suggested to the board to give me $5,000.00 more per year because, in his view, I was doing most of the work of CAP. I said same pay is enough. The board approved the parity pay. Defendant Louis Wolf again pledged a lifetime commitment to my employment.

5. In the board meeting of October 2002, Mr. Ray's salary was raised to $48,000.00 a year and the board approved the same amount for me. Once again Louis Wolf mentioned his "lifetime" pledge to my employment. Bill Montross, Mike Springmann, Philip Wheaton, Louis Wolf, Richard Ray and I were present when defendant Louis Wolf again pledged a lifetime commitment to my employment.

6. In the board meeting of November 2002, Bill Montross, Mike Springmann, Philip Wheaton, Louis Wolf and I were present. I was asked to become the editor in chief. I asked for the repeat of pledge of financial commitment from Louis Wolf to CAP; I asked for my back pay, benefits, taxes, attorney's fees; I asked for the 48,000.00 salary with $3,500.00 annual raise until the next salary review. The board unanimously approved my requests.

7. In October 2003 board meeting with Wheaton, Wolf, Montross and I, the urgency of taking care of the back pay was approved once again.

## **VERIFICATION STATEMENT**

Pursuant to 28 U.S.C. § 1746(2), I, John Doe, do solemnly affirm and verify under penalty of perjury that the statements made in my Affidavit are true and correct to the best of my knowledge.

_____
John Doe