ATTACHMENT G

ATTACHMENT G

**Exhibit 4**

Defendants' Motion to Dismiss
<u>Doe v. Wolf,</u> *et al.*, C.A. No. 1:06-CV-01645

**LAW OFFICES**
## BERNABEI & KATZ, PLLC
**1773 T STREET, N.W.**
**WASHINGTON, D.C. 20009-7139**

LYNNE BERNABEI
DEBRA S. KATZ°
LISA J. BANKS
ARI M. WILKENFELD +
ALAN R. KABAT +
AVI L. KUMIN ◊
RASHIDA A. ADAMS °
RENEE SERVANCE ♦
LEMA R. BASHIR *

(202) 745-1942
TELECOPIER: (202) 745-2627
E-MAIL: BERKATZLAW@AOL.COM
WEBSITE: WWW.BERNABEIANDKATZ.COM

OF COUNSEL:

DAVID J. MARSHALL

+ ADMITTED IN MD ALSO
° ADMITTED IN NY ALSO
◊ ADMITTED IN CA ALSO
♦ ADMITTED IN WI ONLY
* ADMITTED IN MD ONLY

<u>By First-Class Mail</u>
August 16, 2005

Mr. Giang Tran
3307 Walters Lane #204
Forestville, MD 20747

Re:   <u>Covert Action Quarterly</u>

Dear Mr. Tran:

James Drew referred your letter of July 28, 2005, to me to answer. In your letter, you demand $5,500 as payment for your services to CAQ from December 2004 to June 2005. CAQ is attempting to investigate this claim, but its process has been slowed by the fact that the CAQ checkbook was stolen from the CAQ offices. We will respond to your request as promptly as possible.[1]

---

[1] In your letter, you claim that "[your] design for the magazine and the website can't be used by any other designer and/or CAQ without [your] approval after [your] departure from the magazine, even after the full payment for [your] services." This claim has no legal basis. As CAQ contracted with you on a work-for-hire basis, the designs remain the property of CAQ. At no time did the parties agree, either in writing or orally, that you would retain sole rights to these designs.

You also note in your letter that you were considering reporting this dispute to the wage and hour division of the D.C. Department of Employment Services. The D.C. wage and hour law, however, does not apply to you, and D.C. Department of Employment Services has no jurisdiction to receive such a complaint, as you were an independent contractor to CAQ rather than a regular employee. <u>See</u> D.C. Code § 32-1302 (D.C. wage and hour law applies only to employees).

Mr. Giang Tran
J. Michael Springmann
August 16, 2005
Page 2


    I will note, however, that your demand for payment at this time is particularly disturbing, considering your likely involvement in the theft of property from the CAQ office. In June 2005, an external harddrive (LaCie) purchased for CAQ's MacIntosh computer, containing electronic copies of CAQ's issues nos. 70-78 and other files, was stolen from the CAQ office. You and Habib were the only people who had access to the CAQ office at that time, and you were the only person with the technical expertise to take this property. We thus strongly believe that you either stole this property or assisted someone else, such as Habib, in the stealing of this property. CAQ has filed a police report regarding this matter and demands that you return this property at once, or remain liable criminally and civilly for this theft. We thus request the immediate return of this property and any other property you have taken, or assisted Habib from taking, from the CAQ offices.

    Given the serious charges against you, we assume you will be interested in a global settlement of this matter which releases you from further liability. We will contact you shortly regarding our proposal for resolution of this matter.

                                      Sincerely,

                                      Lynne Bernabei

cc:    James Drew, Esquire