**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

```
_____
                              )
                              )
JOHN DOE                      )
                              )
            Plaintiff,        )
v.                            ) Civil Action No. 1:06-CV-01645
                              ) Judge Richard J. Leon
LOUIS WOLF,                   )
COVERT ACTION PUBLICATIONS, INC. )
                              )
            Defendants.       )
_____)
```

**PLAINTIFF'S REPLY MOTION TO DEFENDANTS' OPPOSITION MOTION TO PLAINTIFF'S MOTION TO DISQUALIFY THE DEFENDANTS' ATTORNEYS AND DEFENDANTS' ATTORNEY LAW FIRM**

COMES NOW the plaintiff, John Doe, by and through his undersigned counsel, who submits this Reply Motion To Defendants Opposition Motion to Plaintiff's Motion to Disqualify the Defendants' Attorneys and Defendants' Attorney Law Firm and in support thereof represents as follows:

The plaintiff has met the burden of establishing an attorney-client relationship with attorney Lynne Bernabei, and both attorney Lynne Bernabei and her Law firm should be disqualified from these proceedings, prevented from disclosing privileged information provided by John Doe and assisting new counsel, and defendants.

1

Dated: November 29, 2006

                Respectfully submitted,


              _____/s/ John M. Green_____
              John M. Green, (#476592)
              GILMAN & ASSOCIATES
              600 Pennsylvania Ave, SE, Suite 410
              Washington, D.C. 20003
              (202) 547-9080

              Attorney for Plaintiff