## AFFIDAVIT OF JOHN DOE

I, John Doe, upon being duly sworn, hereby state and depose.

1. I make this Affidavit of matters within my own personal knowledge; I attest that my age is older than 18 years of age.

2. In paragraph number 8 of the 11/15/06 affidavit of Attorney Bernabei, she claims that she has been representing the defendants for the "past eight years". My initial consultation with her was fourteen years ago, which is outside the ten years which her affidavit claims to be about as stated in #6.

3. In my 1992 meeting with Bernabei, she knew that I was meeting her for immigration matters, she listened to my case for more than half an hour and then she told me that she was not an immigration lawyer but familiar enough with the law s to tell me that the best solution for my case was "marrying a US citizen!"

4. In paragraph number 10 of the 11/15/06 affidavit of Attorney Bernabei, she never told me "I cannot talk with you about that"! My talks with her about Covert Action employment problems were mostly before 1998! She never told me that she "was Covert Action's attorney and Lou's attorney." I never asked her to represent me against the defendants therefore her claim that she "could not provide representation" to me is just groundless!

5. Regarding #11, I always ask any and all lawyers if our talks are "attorney-client privileged" because my life has been in danger for two decades! I asked her about this even in our 2003 meeting regarding a lawsuit against the defendants brought by a

third party!

6. In 2003, it was me who asked her to represent the defendants against a third party lawsuit— -which she agreed— -because the third party was threatening me and I needed her to be involved as the only lawyer that I could trust to protect me at that time!

7. Between 1992 and 2003, I had not talked to any other lawyer about my work place problems, vulnerabilities and the dangers to my life as I did with Bernabei!

8. Attorney Bar never told me to talk to Lou Wolf. Attorney Bar told me to talk to Lou's wife Delores, because she was the power holder in the family

## **VERIFICATION STATEMENT**

Pursuant to 28 U.S.C. § 1746(2), I, John Doe, do solemnly affirm and verify under penalty of perjury that the statements made in my Affidavit are true and correct to the best of my knowledge.

*/s/ John Doe*
_____
John Doe