UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

_____
)
)
**JOHN DOE** )
)
               Plaintiff, )
v.      ) Civil Action No. 1:06-CV-01645
     ) Judge Richard J. Leon
**LOUIS WOLF,** )
**COVERT ACTION PUBLICATIONS, INC.** )
)
               Defendants. )
_____)

### MOTION FOR RECONSIDERATION

The plaintiff John Doe is requesting that the Court reconsider its order of December 18, 2006 denying the plaintiff's motion to seal his complaint. The plaintiff is attaching the motion and memo of law that was filed on December 10, 2006. The plaintiff's counsel tried to efile the motion and memo of law but he encountered errors from the Court's file server. The plaintiff's counsel copied the motion and memo on to a CD, properly labeled, and filed the items in an envelope with a cover sheet that was date stamped and included the Court's file server error code. See Attachment A Dated Stamped Cover Sheet.

The plaintiff's counsel has had similar incidents with the Court's file server and has filed in a similar manner and the filing was out onto the docket.

For the reasons set forth above the plaintiff is requesting

that his motion for reconsideration be Granted.

Dated: December 22, 2006

                        Respectfully submitted,

                        _____/s/ John M. Green_____
                        John M. Green, (#476592)
                        GILMAN & ASSOCIATES
                        600 Pennsylvania Ave, SE, Suite 410
                        Washington, D.C. 20003
                        (202) 547-9080

                        Attorney for Plaintiff