ATTACHMENT A

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN DOE ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 1:06-CV-01645 |
| ) | Judge Richard J. Leon |
| LOUIS WOLF, ) | |
| COVERT ACTION PUBLICATIONS, INC. ) | |
| ) | |
| Defendants. ) | |

RECEIVED
U.S. DISTRICT COURT

2006 DEC 10 PM 11: 55

NANCY M.
MAYER-WHITTINGTON
CLERK

**PLAINTIFF JOHN DOE'S REPLY MOTION IN OPPOSITION TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO SEAL THE COMPLAINT**

And

**PLAINTIFF'S REPLY MEMO OF LAW IN SUPPORT OF PLAINTIFF'S REPLY MOTION IN OPPOSITION TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO SEAL THE COMPLAINT**

ERROR CODE

error:  An Internal Error has occurred the error code is 24. - pos 236