**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

```
_____
                                       )
                                       )
JOHN DOE                               )
                                       )
              Plaintiff,               )
v.                                     ) Civil Action No. 1:06-CV-01645
                                       ) Judge Richard J. Leon
LOUIS WOLF,                            )
COVERT ACTION PUBLICATIONS, INC.       )
                                       )
              Defendants.              )
_____)
```

**O R D E R**

Upon consideration of plaintiff John Doe's Motion for Reconsideration and defendants' opposition thereto, it is, this _____day of _____, 2007,

1. ORDERED, that Plaintiff's Motion for Reconsideration is, GRANTED.

Dated_____

                                   _____
                                   Judge Richard J. Leon U.S. District
                                   Court for the District of Columbia