**Exhibit A**

Defendants' Opposition to Plaintiff's Motion for Reconsideration
<u>Doe v. Wolf, *et al.*</u>, C.A. No. 1:06-CV-01645

Case 1:06-cv-01645-RJL     Document 29-2     Filed 01/05/2007     Page 1 of 2

**Alan Kabat**

**From:** Joe_Burgess@DCD.USCOURTS.GOV
**Sent:** Thursday, January 04, 2007 10:27 AM
**To:** ECF-COLUMBIA@nyed.uscourts.gov

```
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NOTICE

Please note the following information:

1)  Beginning February 1, 2007, CM/ECF
Users who use pay.gov to file  will be required to complete the security code filed to
complete the transaction.  The security code is the three digit number on
the back of the credit card.   Our
filers use pay.gov to file notices of
appeal.

2)   The Attorney Login Lost
Password Feature had some
difficulties in the last 2 weeks.
It is now working and users
will be emailed their lost
login and password within
5 minutes of their request.

3)  If you receive an error
code 24.-pos 236, when
filing, you are probably filing
late night when the system
is doing backup.  Wait about
five minutes and try your
login and password again.
It is not your login and password.
If you receive this error code
too frequently when you have
a deadline, remember
that filings can be done
by use of the generic
email box but only when
the system gives  you
an error code too frequently.

Thank you for your cooperation.
```