IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN DOE,

    Plaintiff,

v.                              Civil Action No. 1:06-CV-01645
                               Judge Richard J. Leon

LOUIS WOLF, *et al.*,

    Defendants.

## ORDER

Upon consideration of the Joint Report to the Court filed pursuant to Rule 26(f), Fed. R. Civ. P., and Local Civil Rule 16.3, it is hereby **ORDERED** this ____ day of _____, 2007, that the case shall proceed upon the following schedule:

| | |
|---|---|
| Initial Disclosures | 14 days after this Court's ruling on pending Rule 12 motion. |
| Deadline for Amended Pleadings | Plaintiff: Per Civ. P. Rule 15. |
| | Defendants: 15 days after this Court's ruling on pending Rule 12 motion. |
| Deadline for Discovery Requests | Plaintiff: Date to ensure that request will be received by the close of discovery. |
| | Defendants: 45 days after this Court's ruling on pending Rule 12 motion. |
| Plaintiff's Expert Report(s) | Plaintiff: 90 days prior to the close of discovery. |
| | Defendants: 60 days after this Court's ruling on pending Rule 12 motion. |
| Defendants' Expert Report(s) | Plaintiff: 60 days prior to the close of discovery. |

|  |  |
|---|---|
|  | Defendants: 90 days after this Court's ruling on pending Rule 12 motion. |
| Close of Discovery | Plaintiff: Ten months after the initial Rule 12(b) decision, or Jan. 23, 2007, whichever occurs first. |
|  | Defendants: 120 days after this Court's ruling on pending Rule 12 motion. |
| Deadline for post-discovery motions | Plaintiff: Per Fed. Civ. P. |
|  | Defendants: 30 days after the close of discovery. |
| Status Conference | Plaintiff: Two weeks after discovery closes. |
|  | Defendants: A separate status conference is not needed; issues can be discussed at the pretrial conference. |
| Pretrial Conference | Plaintiff: to be determined at the status conference. |
|  | Defendant: 30 days after this Court's resolution of post-discovery motions. |
| Trial | Plaintiff: 45 days after pretrial conference. |
|  | Defendant: Within 30 days after pretrial conference. |

_____
Honorable Richard J. Leon

Copies to:

John M. Green, Esquire
Gilman & Associates
600 Pennsylvania Avenue, S.E., Suite 410
Washington, D.C. 20003-4350

    Attorney for Plaintiff


Lynne Bernabei, Esquire
Alan R. Kabat, Esquire
The Bernabei Law Firm, PLLC
1775 T Street, N.W.
Washington, D.C. 20009-7124

    Attorneys for Defendants