UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 3 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

HABIBOLLAH GHARIB,       )
                         )
    Plaintiff,           )
                         )
    v.                   )   Civil Action No. 1:06-1645 (RJL)
                         )
LOUIS WOLF, *et al.*     )
                         )
    Defendants.          )

**FINAL JUDGMENT**
(July 31, 2007) [ #15]

For the reasons set forth in the Memorandum Opinion entered this date, it is hereby

**ORDERED** that the motion to dismiss filed by defendants Louis Wolf and Covert Action Publications, Inc. is GRANTED, and it is further

**ORDERED** that this case is dismissed as to all defendants.

**SO ORDERED**.

*[signature]*

**RICHARD J. LEON**
**United States District Judge**