UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

```
_____
                                    )
                                    )
HABIBOLLAH GHARIB                   )
                                    )
                 Plaintiff,         )
                                    )
v.                                  )   Civil Action No. 1:06-CV-01645
                                    )   Judge Richard J. Leon
LOUIS WOLF,                         )
COVERT ACTION PUBLICATIONS, INC.    )
                                    )
                 Defendants.        )
_____)
```

**PLAINTIFF HABIBOLLAH GHARIB'S MOTION FOR AN**

**EXTENSION OF TIME TO AMEND COMPLAINT**

Plaintiff Habibollah Gharib moves the Court for an extension of ten (10) days to Amend his Complaint. As grounds for this motion, Habibollah Gharib states the following:

1. John M. Green, counsel for the plaintiff, was on vacation when the court issued its Order dismissing the plaintiff's Complaint without prejudice.

2. John M. Green, counsel for the plaintiff, needs time to review Court's Memorandum so as to correct the deficiencies in the plaintiff's complaint.

3. The granting of the requested additional time will not prejudice the defendants.

4. The Plaintiff, Habibollah Gharib, respectively request ten (10) days to amend his complaint.

5. Plaintiff's, Habibollah Gharib's, counsel unable to telephone the defendants' counsel, to ascertain consent and/or permission from defendants' counsel for an Extension of Time to Amend his complaint.

WHEREFORE, the plaintiff respectfully requests that this Court GRANT the attached Order, and allow plaintiff ten (10) days to amend his Complaint

Dated: August 9, 2007

Respectfully submitted,

*/s/ John M. Green*
John M. Green, (#476592)
GILMAN & ASSOCIATES
600 Pennsylvania Ave, SE, Suite 410
Washington, D.C. 20003
(202) 547-9080

Attorney for Plaintiff