**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **HABIBOLLAH GHARIB** </br></br> Plaintiff, </br> v. </br></br> **LOUIS WOLF,** </br> **COVERT ACTION PUBLICATIONS, INC.** </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 1:06-CV-01645 </br> ) Judge Richard J. Leon </br> ) </br> ) </br> ) </br> ) </br> ) |

O R D E R

Upon consideration of Plaintiff Habibollah Gharib's Motion for An Extension of Time to Amend his Complaint, and the Defendants' opposition thereto, it is this _____day of _____, 2007,

1. ORDERED, that the Plaintiff's Motion An Extension of Time to Amend his Complaint is GRANTED; and it is FURTHER ORDERED

2. That the Plaintiff shall file a response to the plaintiffs' complaint by the _____day of _____ 2007.

Dated_____

_____
U.S. District Judge