IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HABIBOLLAH GHARIB, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LOUIS WOLF, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:06-CV-01645<br>Judge Richard J. Leon |

## DEFENDANTS' BILL OF COSTS

Defendants Louis Wolf and Covert Action Publications, Inc., through undersigned counsel, respectfully submit this memorandum in support of the bill of costs filed pursuant to 28 U.S.C. § 1920, Fed. R. Civ. P. 54(d)(1), and Local Civil Rule 54.1, and in accordance with the final judgment entered on July 31, 2007, under which defendants are the prevailing party.

Under Rule 54(d)(1), "costs . . . shall be allowed as of course to the prevailing party unless the court otherwise directs." The D.C. Circuit has stated that there is a "strong presumption favoring cost awards to prevailing litigants" as the "taxation of costs merely represents the fair price of unsuccessful litigation." Baez v. United States Dep't of Justice, 684 F.2d 999, 1002-03 (D.C. Cir. 1982) (en banc) (per curiam). Hence, "trial judges have rarely denied costs to a prevailing party whose conduct has not been vexatious when the losing party has been capable of paying such costs." Id. at 1004.

Since there was no discovery in this proceeding, defendants seek only the "costs of copying," which are allowable up to $300. See Local Civil Rule 54.1(d)(9); see also 28 U.S.C. § 1920(4) ("Fees for . . . copies of papers necessarily obtained for use in the case.").

As set forth in the attached Declaration, defendants incurred $77.20 in photocopying costs, at a rate of $0.20 per page.  <u>See</u> Declaration of Alan R. Kabat (Aug. 10, 2007) (attached hereto as Exhibit A).  The copying was conducted in-house at defendants' counsel's firm, and therefore no invoices for the copying exist (other than the firm's monthly bills to defendants).

**WHEREFORE,** defendants respectfully request the Clerk to tax the costs set forth above against plaintiff.

Respectfully submitted,

/s/ Lynne Bernabei

_____
Lynne Bernabei, Esquire      # 938936
Alan R. Kabat, Esquire       # 464258
Bernabei & Wachtel, PLLC
1775 T Street, N.W.
Washington, D.C.  20009-7124
tel. (202) 745-1942
fax (202) 745-2627

Counsel for Defendants

Dated:  August 10, 2007

**Exhibit A**

Declaration of Alan R. Kabat
(Aug. 10, 2007)

Case 1:06-cv-01645-RJL    Document 38    Filed 08/10/2007    Page 3 of 5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HABIBOLLAH GHARIB ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:06-CV-01645 |
| ) | Judge Richard J. Leon |
| LOUIS WOLF, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### DECLARATION OF ALAN R. KABAT

I, Alan R. Kabat, this <u>10th</u> day of August, 2007, declare and state as follows:

1. I am a partner in the law firm of Bernabei & Wachtel, PLLC, 1775 T Street N.W., Washington, D.C. 20009. I am co-counsel for defendants in the above-captioned matter.

2. I am making this declaration based on personal knowledge. I am over eighteen years of age, and am competent to testify to the matters stated below. I am submitting this declaration in support of Defendants' Bill of Costs in the above-captioned matter.

3. I have reviewed the invoices that our firm submitted to defendants. As set forth in the following chart, our firm incurred a total of $77.20 in photocopying costs in this litigation, at a rate of $0.20 per page:

| Month | Photocopying |
|---|---|
| October 2006 | $47.20 |
| November 2006 | $13.60 |
| December 2006 | $14.60 |
| January 2007 | $1.80 |
| Total | $77.20 |

I declare, under penalty of perjury, this 10th day of August 2007, the foregoing is true and accurate.

*Alan R. Kabat*
Alan R. Kabat

Subscribed and sworn to before me, this 10th day of August, 2007.

*Nicole G. Davis*
Notary Public

My commission expires ~~My Commission~~ Expires 01-14-2009

Nicole G. Davis
Notary Public, District of Columbia

2