IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HABIBOLLAH GHARIB,<br><br>  Plaintiff,<br><br>  v.<br><br>LOUIS WOLF, *et al.*,<br><br>  Defendants. | Civil Action No. 1:06-CV-01645<br>Judge Richard J. Leon |

## ORDER

Pursuant to the Defendants' Bill of Costs filed August 10, 2007, costs are hereby taxed in the amount of $_____ and included in the judgment.

                                          Nancy M. Mayer-Whittington, Clerk


                                        By: _____
                                               Deputy Clerk

                                        Date: _____

Copies to:

John Green, Esquire
Gilman & Associates
600 Pennsylvania Avenue, S.E., Suite 410
Washington, D.C. 20003

Lynne Bernabei, Esquire
Alan R. Kabat, Esquire
Bernabei & Wachtel, PLLC
1775 T Street, N.W.
Washington, D.C. 20009-7124