IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HABIBOLLAH GHARIB, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:06-CV-01645 |
| ) | Judge Richard J. Leon |
| LOUIS WOLF, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### ORDER

Pursuant to the Defendants' Bill of Costs filed August 10, 2007, costs are hereby taxed in the amount of $ 77.20 and included in the judgment.

Nancy M. Mayer-Whittington, Clerk

By: Jeffrey Blanchard
Deputy Clerk

Date: 10/26/07

Copies to:

John Green, Esquire
Gilman & Associates
600 Pennsylvania Avenue, S.E., Suite 410
Washington, D.C. 20003

Lynne Bernabei, Esquire
Alan R. Kabat, Esquire
Bernabei & Wachtel, PLLC
1775 T Street, N.W.
Washington, D.C. 20009-7124